May 18, 2012

Mr. Kristopher Edwin Moore
Harrison & Hull, L.L.P.
1575 Heritage Dr., Suite 204
McKinney, TX 75069

Mr. Brian Edward Franklin
TDCJ #: 703704
Ramsey Unit
1100 FM 655
Rosharon, TX 77583-7670
Mr. Philip A. Lionberger
Office of the Attorney General
Assistant Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 10-0886
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE BILLY FREDERICK ALLEN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
| | |